# UNITED STATES DISTRICT COURT

District of     Massachusetts

Prada S.A.

V.

Odimo, Inc., Ashford.com, Inc. and
Alan Lipton

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04 10519 DPW

*(handwritten: 3-30-04, 9 AM, GRACE ARRASCADA, AUTH TO ACCEPT)*

STATE SERVICE

TO: (Name and address of Defendant)

Alan Lipton
14001 N.W. 4th Street
Sunrise, FL 33325

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS          3-15-04

CLERK                                DATE

(By) DEPUTY CLERK

STATE SERVICE
#51374

# AFFIDAVIT OF SERVICE

Insert name of court, judicial district or branch court, if any:

**United States District Court, District of Massachusetts**

DEPOSITION/COURT DATE:

CASE NUMBER: **04-10519-DPW**

PLAINTIFF/PETITIONER:
**Prada, S.A.**

DEFENDANT/RESPONDENT:
**Odimo, Inc., et al**

DOCUMENTS SERVED:
**20 Day Summons, Complaint with Exhibits**

Received on **03/29/2004** at **1:47 PM** to be served on:

**Alan Lipton**

I do hereby affirm that on **03/30/2004** at **09:25AM** I served this process by:

___ **INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me. At the same time, I delivered to the within named person a copy of the complaint, petition, or other initial pleading or paper (if any) and informed the individual of the contents.

**XXX SUBSTITUTE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) at the within named person's usual place of abode with any person residing therein who is 15 years of age or older and informing the person of the contents: NAME: **Grace Aprascaeta** TITLE/RELATION: **Vice-President**

___ **OTHER:** By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ **NON-SERVICE:** For the reason(s) listed in the comments below:

LOCATION OF SERVICE:
**14001 NW 4th Street
Sunrise, FL 33325**

FOR(Client):
**Mark Schonfeld, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110
617-345-3000**

COMMENTS:
**Authorized to accept.**

AUTHORIZATION:
I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

NOTARY:

Sworn to and subscribed before me on the **31st** day of **March**, 20**04** by Jack Lippman.

X_Susan Rosenberg_
NOTARY PUBLIC

✓ Personally Known
___ Produced Identification
Type of identification produced: _____

SUSAN ROSENBERG
MY COMMISSION # DD 188266
EXPIRES: June 25, 2007
Bonded Thru Notary Public Underwriters

SIGNATURE:
X_____
Jack Lippman - Cert/Appt#: 284-Broward County
State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL 33309
OUR FILE#: **51374**