AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__ FD

IN CLERKS OFFICE

Prada S.A.

V.

Odimo, Inc., Ashford.com, Inc. and
Alan Lipton

**SUMMONS IN A CIVIL CASE**

2004 MAY 25  P 1:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

3-30-04
G in Am

**04 10519DPW**

TO: (Name and address of Defendant)

Odimo, Inc.  C/o Alan Lipton
14001 N.W. 4th Street
Sunrise, FL 33325

GRACE ARRASCAETA
VP

STATE SERVICE

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                  3-15-04

CLERK                                         DATE

(By) DEPUTY CLERK                             STATE SERVICE
                                              51372

# AFFIDAVIT OF SERVICE

Insert name of court, judicial district or branch court, if any:

**United States District Court, District of Massachusetts**

| DEPOSITION/COURT DATE: | CASE NUMBER: |
|---|---|
| | 04-10519-DPW |

**PLAINTIFF/PETITIONER:**
Prada, S.A.

**DEFENDANT/RESPONDENT:**
Odimo, Inc., et al

**DOCUMENTS SERVED:**
20 Day Summons, Complaint with Exhibits

Received on **03/29/2004** at **1:47 PM** to be served on:

**Odimo, Inc. c/o Alan Lipton**

I do hereby affirm that on **03/30/2004** at **09:25AM** I served this process by:

**XXX CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Grace Aprascaeta**   TITLE: **Vice-President**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: | FOR(Client): |
|---|---|
| 14001 NW 4th Street<br>Sunrise, FL 33325 | Mark Schonfeld, Esq.<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110<br>617-345-3000 |

**COMMENTS:**
Authorized to accept.

**AUTHORIZATION:**
I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

**NOTARY:**

Sworn to and subscribed before me on the 31st day of March, 2004 by Jack Lippman.

X_Susan Rosenberg_
NOTARY PUBLIC

✓ Personally Known
___ Produced Identification
Type of identification produced

SUSAN ROSENBERG
MY COMMISSION # DD 188266
EXPIRES: June 25, 2007
Bonded Thru Notary Public Underwriters

**SIGNATURE:**

X_____
Jack Lippman - Cert/Appt#: 284-Broward County
State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL 33309
OUR FILE#: **51372**