AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Prada S.A.

V.

Odimo, Inc., Ashford.com, Inc. and
Alan Lipton

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3-30-04
9 u am

04 10519DPW

GRACE ARRASCAUTA
VP

STATE SERVICE

TO: (Name and address of Defendant)

Ashford.com, Inc.
14001 N.W. 4th Street
Sunrise, FL 33325

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  3-15-04

# AFFIDAVIT OF SERVICE

Insert name of court, judicial district or branch court, if any:

**United States District Court, District of Massachusetts**

CASE NUMBER: **04-10519-DPW**

FILED IN CLERKS OFFICE

2004 MAY 25  P 1:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEPOSITION/COURT DATE:

PLAINTIFF/PETITIONER: **Prada, S.A.**

DEFENDANT/RESPONDENT: **Odimo, Inc., et al**

DOCUMENTS SERVED: **20 Day Summons, Complaint with Exhibits**

Received on **03/29/2004** at **1:47 PM** to be served on:

**Ashford.com, Inc. c/o Alan Lipton**

I do hereby affirm that on **03/30/2004** at **09:25AM** I served this process by:

**XXX CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Grace Aprascaeta**    TITLE: **Vice-President**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

LOCATION OF SERVICE:
**14001 NW 4th Street
Sunrise, FL 33325**

FOR(Client):
**Mark Schonfeld, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110
617-345-3000**

COMMENTS: **Authorized to accept.**

AUTHORIZATION: I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

NOTARY:

Sworn to and subscribed before me on the **31st** day of **March**, 20**04** by Jack Lippman,

X _Susan Rosenberg_
NOTARY PUBLIC

✓ Personally Known
___ Produced Identification
Type of identification produced _____

SUSAN ROSENBERG
MY COMMISSION # DD 188266
EXPIRES: June 25, 2007
Bonded Thru Notary Public Underwriters

SIGNATURE:

X _____
Jack Lippman - Cert/Appt#: 284-Broward County
State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL 33309
OUR FILE#: 51373