CASE NO. 04-10519DPW

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10519-DPW

PRADA S.A.

    Plaintiff,

v.

Odimo, Inc., Ashford.com, Inc. and
Alan Lipton

    Defendants.
_____/

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants Odimo Incorporated, Ashford.com, Inc., and Alan Lipton, pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an enlargement of time, through and including June 21, 2004, to answer or otherwise respond to the Complaint in this action. In support of this motion, Defendants state as follows:

1. The Complaint in this action was filed on or about March 15, 2004 and served on March 31, 2004, and Plaintiff had been implicitly or explicitly threatening related legal action against Defendants since at least as early as October 2003.

2. Since March 2003, Plaintiff and Defendants have been actively engaged in discussions designed to resolve this dispute. In light of those discussions, Plaintiff, up until May 26, 2004 – the Wednesday before the Memorial Day weekend – had agreed to enlarge the time period for Defendants to respond to or answer the Complaint so long as the settlement discussions were proceeding. Indeed, Plaintiff did not even file returns of service until May 25, 2004.

CASE NO. 04-10519DPW

3. On May 26, 2004, Plaintiff's counsel wrote to Defendant's counsel demanding the filing of an answer by June 1, 2004.

4. The following day, undersigned counsel wrote to Plaintiff's counsel and asked for additional time to respond to the Complaint in light of certain additional good faith efforts to comply with Plaintiff's requests. To date, Plaintiff's counsel has not responded to Defendants' counsel's letter.

5. Plaintiff's counsel requires an additional twenty days, in order to arrange for Massachusetts counsel and to arrange for *pro hac vice* admittance in the District of Massachusetts.[1]

6. Counsel have attempted in good faith to resolve or narrow the issues addressed by this motion, to no avail.

Wherefore, Defendants requests that the Court enlarge the time in which they may answer or otherwise respond to Plaintiff's complaint through and including June 21, 2004.

---

[1] Although undersigned counsel is not presently admitted to practice before this Court, undersigned counsel Samuel I. Burstyn has previously argued before The Honorable Judge Woodlock in *U.S. v. Sanchez* (cite unavailable).

SAMUEL I. BURSTYN, P.A.
ONE BISCAYNE TOWER, SUITE 2600, TWO SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-1802, TEL.:(305) 373-0444

CASE NO. 04-10519DPW

Respectfully submitted by,

**SAMUEL I. BURSTYN, P.A.**
Attorneys for Defendants
One Biscayne Tower
Two South Biscayne Boulevard
Suite 2600
Miami, Florida 33131
(305) 373-0444 - telephone
(305) 373-6444 - facsimile

_____
Samuel I. Burstyn, Esq.
Florida Bar No. 0216746
E-mail: sburstyn@aol.com
Jed R. Friedman, Esq.
Florida Bar No. 337500
E-mail: jed.friedman@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by fax and/or U.S. mail on June 1, 2004 to:

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

_____
Jed R. Friedman