LAW OFFICES
**SAMUEL I. BURSTYN, P.A.**

SAMUEL I. BURSTYN
ALEXANDRA L. TIFFORD

ONE BISCAYNE TOWER – SUITE 2600
TWO SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-1802
TELEPHONE: (305) 373-0444
TELEFAX: (305) 373-6444

June 2, 2004

Honorable Douglas P. Woodlock
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

    Re:    Prada S.A. v. Odimo, Inc., *et al.*
           Civil Action No. 04-10519DPW – U.S.D.C. (Mass.)

Dear Judge Woodlock:

    At the request of opposing counsel, Mark Schonfeld, we write first to advise the Court that Mr. Schonfeld has no objection to a filing date of June 21, 2004, for Defendants' response to the complaint, and second to advise that our perceived need to file a motion for enlargement of time was based on a failure to communicate between our office and Mr. Schonfeld, which led us to believe that he did not agree to the enlargement of time. We filed the motion in an abundance of caution. We now know that Mr. Schonfeld never received said request.

                                    Respectfully yours,

                                      Jed. R. Friedman

JRF/jc
cc:    Mark Schonfeld, Esq.

[Filing stamp: FILED CLERKS OFFICE 2004 JUN -9 A 8:15 U.S. DISTRICT COURT DISTRICT OF MASS.]