UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRADA, S.A.<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>ODIMO, INC., ASHFORD.COM, INC.,<br>and ALAN LIPTON,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 04-10519-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Mark G. Matuschak, Esq. and Vinita Ferrera, Esq. in the above-referenced case as counsel for the Defendants Odimo, Inc., Ashford.com, Inc., and Alan Lipton.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ODIMO, INC., ASHFORD.COM, INC., and
　　　　　　　　　　　　　　　　ALAN LIPTON,

　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　/s/ Vinita Ferrera_____
　　　　　　　　　　　　　　　　Mark G. Matuschak (BBO # 543873)
　　　　　　　　　　　　　　　　Vinita Ferrera (BBO #631190)
　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　Boston, Massachusetts   02109
　　　　　　　　　　　　　　　　(617) 526-6000

Dated:  August 13, 2004

-2-

## CERTIFICATE OF SERVICE

    I, Vinita Ferrera, certify that on August 13, 2004, I caused a copy of the foregoing document to be sent by facsimile and first-class mail to counsel for the Plaintiff, Mark Schonfeld, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110.

                                            /s/ Vinita Ferrera_____
                                                   Vinita Ferrera