UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRADA, S.A. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ODIMO, INC., ASHFORD.COM, INC., )<br>and ALAN LIPTON, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-10519-DPW |

## MOTION FOR ADMISSION PRO HAC VICE OF
## <u>SAMUEL I. BURSTYN</u>

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Samuel I. Burstyn, of Samuel I. Burstyn, P.A., One Biscayne Tower, Two South Biscayne Boulevard, Suite 2600, Miami, Florida 33131, be admitted to appear on behalf of Defendants Odimo, Inc., Ashford.com, Inc., and Alan Lipton, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel represents the following:

1.  Mr. Burstyn is and has been a member in good standing of the bar of the State of Florida since 1976.

2.  There are no disciplinary proceedings pending against Mr. Burstyn as a member of the bar in any jurisdiction.

3.  Mr. Burstyn has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 2 -

4.      In further support of this motion, Mr. Burstyn has submitted a Certificate of Good Standing (attached as Exhibit A hereto) as required by Local Rule 83.5.3.

Wherefore, the undersigned counsel respectfully requests admission of Mr. Burstyn to practice before this Court *pro hac vice*.

Respectfully submitted,

ODIMO, INC., ASHFORD.COM, INC., and
ALAN LIPTON,

By their attorneys,

/s/ Vinita Ferrera_____
Mark G. Matuschak (BBO # 543873)
Vinita Ferrera (BBO #631190)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts   02109
(617) 526-6000

Dated:  August 13, 2004

CERTIFICATE OF SERVICE

I, Vinita Ferrera, certify that on August 13, 2004, I caused a copy of the foregoing document to be sent by hand delivery to counsel for the Plaintiff, Mark Schonfeld, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA  02110.

/s/ Vinita Ferrera_____
                Vinita Ferrera

# Exhibit A



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLABAR.org

State of Florida )

County of Leon )

In Re: 217646
Samuel I. Burstyn
2 S. Biscayne Blvd. Ste. 2600
Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 19, 1976.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 10th day of May, 2004.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/mlH9:R10