UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRADA, S.A.,
    Plaintiff

CIVIL ACTION NO. 04-10519-DPW

v.

ODIMO, INC. ET AL.,
    Defendants

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised this date that the above-entitled action has been settled with respect to all parties, and that the parties agree to the entry of a Consent Judgment;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment or Consent Judgment with the Court no later than **SEPTEMBER 26, 2004.**

    All pending motions are terminated without prejudice as moot in view of this Order.

BY THE COURT,

/s Rebecca Greenberg

Deputy Clerk

DATED: August 26, 2004