UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRADA S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 04-10519 DPW |
| ) | |
| ODIMO, INC., ASHFORD.COM, INC. ) | |
| AND ALAN LIPTON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL AS TO DEFENDANT ALAN LIPTON

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Prada S.A., hereby dismisses this action as to defendant, Alan Lipton, with prejudice.

PRADA S.A.

By its Attorneys,

BURNS & LEVINSON LLP

By: /s/ Mark Schonfeld
Mark Schonfeld (BBO No. 446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: September 8, 2004

J:\Docs\26375\00000\00866081.DOC