UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRADA S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>ODIMO, INC., ASHFORD.COM, INC.<br>AND ALAN LIPTON,<br><br>    Defendants. | Civil No.: 04-10519 DPW |

**FINAL CONSENT JUDGMENT**

Upon agreement of the parties, this Consent Judgment is hereby entered as follows:

Odimo, Incorporated and Ashford.com, Inc. are in the business of selling luxury goods, including "gray market" goods (also known as "parallel imports"), at discount prices; and

Odimo, Incorporated, Alan Lipton and Ashford.com, Inc. deny any and all allegations of any wrongdoing in this case, and no finding of wrongdoing is hereby made; and

Contemporaneously herewith Plaintiff, Prada S.A., has filed a notice of voluntary dismissal with prejudice as to Alan Lipton; and

WHEREFORE, IT IS HEREBY ORDERED that defendants Odimo, Incorporated and Ashford.com Inc., their officers, agents, servants and employees are hereby and with their consent permanently enjoined and restrained from selling any counterfeit PRADA products.

Nothing in this order prohibits Odimo Incorporated and Ashford.com, Inc. from selling genuine PRADA goods.

The parties have consented to this Court's continuing jurisdiction with regard to enforcing the terms of this Final Consent Judgment.

Dated: *September 10*, 2004

/s/ Douglas P. Woodlock
Douglas P. Woodlock
United States District Judge
District of Massachusetts

J:\Docs\26375\00000\00865687.DOC